THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRON G. BRANDON, | CASE NO. C21-5417-JCC |
| Plaintiff, | ORDER |
| v. | |
| DEPARTMENT OF CORRECTIONS, *et al.,* | |
| Defendants. | |

This matter comes before the Court on Plaintiff's proposed second amended civil rights complaint (Dkt. No. 12.) The Honorable David Christel, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Dkt. No. 15) recommending that the complaint be dismissed without prejudice for failure to state a claim, and that all pending motions be denied. Petitioner objects to the R&R. (Dkt. No. 16.) For the reasons described below, the Court hereby OVERRULES Petitioner's objections, ADOPTS the R&R, and DISMISSES the complaint without prejudice.

Plaintiff is confined to the Monroe Correctional Complex (MCC) in Monroe, Washington. (Dkt. No. 15 at 2.) He filed a civil rights complaint under 42 U.S.C. § 1983 alleging MCC staff were deliberately indifferent to his serious medical needs and treated him differently in violation of the Fourteenth Amendment by failing to provide him with medical care. (*Id.* at 3, 5.) In his R&R, Judge Christel recommends that the case be dismissed without prejudice because

ORDER
C21-5417-JCC
PAGE - 1

1   Plaintiff does not allege sufficient facts to demonstrate that Defendants were aware of his

2   condition or doctor's orders or that they treated him differently from similarly situated prisoners.

3   (*Id.* at 4–5.) Plaintiff's objection to the R&R merely restates his prior contention that Defendants

4   ignored his serious medical needs, his conclusory allegations that they failed to follow orders in

5   his medical charts, and generally objects to Judge Christel's recommendations. (Dkt. No. 16 at

6   2–4.)

7          A district court reviews *de novo* those portions of a magistrate judge's R&R to which a

8   party properly objects. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A party properly objects

9   when the party files "specific written objections" to the magistrate judge's R&R as required

10  under Federal Rule of Civil Procedure 72(b)(2). In contrast, a general objection has the same

11  effect as no objection at all, since it does not focus the Court's attention on any specific issue for

12  review. *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505, 509 (6th Cir. 1991). This

13  Court's consideration of such an "objection" would entail *de novo* review of the entire report,

14  rendering the referral to the magistrate judge useless and causing a duplication of time and effort

15  that wastes judicial resources and contradicts the purposes of the Magistrates Act. *Id.*

16  Accordingly, *de novo* review is not required when a party fails to direct the court to a specific

17  error in the R&R. *Strawbridge v. Sugar Mountain Resort, Inc.*, 243 F.Supp.2d 472, 475

18  (W.D.N.C. 2003). As Plaintiff points to no specific error in the R&R, his objection is insufficient

19  to trigger this Court's reconsideration of Judge Christel's legal determination.

20          For the foregoing reason, Plaintiff's objection (Dkt. No. 16) is OVERRULED. The Court

21  thus ADOPTS the R&R (Dkt. No. 15) and DISMISSES without prejudice Plaintiff's second

22  amended complaint (Dkt. No. 12.) All pending motions, including Plaintiff's Application for

23  Leave to Proceed In Forma Pauperis (Dkt. No. 8) and Motion to Attach Exhibits (Dkt. No. 14),

24  are denied. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

25  //

26  //

ORDER
C21-5417-JCC
PAGE - 2

1        DATED this 16th day of December 2021.

2

3

4

5

6

7

                 John C. Coughenour
8                  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C21-5417-JCC
PAGE - 3